Thomas R. Curtin
George C. Jones
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700

Robert N. Eccles (*pro hac vice* pending)
Gary S. Tell (*pro hac vice* pending)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
(202) 383-5300

*Attorneys for Defendants*
*Transamerica Life Insurance Company,*
*Transamerica Investment Management, LLC*
*and Transamerica Asset Management, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JACLYN SANTOMENNO, KAREN POLEY, and BARBARA POLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRANSAMERICA LIFE INSURANCE COMPANY, TRANSAMERICA INVESTMENT MANAGEMENT, LLC, and TRANSAMERICA ASSET MANAGEMENT, INC., <br><br> Defendants. | Civil Action No. 11-736 (FSH) (PS) <br><br> **NOTICE OF TRANSAMERICA INVESTMENT MANAGEMENT, LLC AND TRANSAMERICA ASSET MANAGEMENT, INC.'S MOTION TO DISMISS CLASS ACTION COMPLAINT** |

TO: Robert L. Lakind
SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648

Moshe Maimon
LEVY, PHILLIPS & KONIGSBERG, LLP
800 Third Avenue, 11th Floor
New York, New York 10022

*Attorneys for Plaintiffs*

COUNSEL:

PLEASE TAKE NOTICE that on Monday, June 20, 2011, at 9:30 a.m. or as soon thereafter as counsel may be heard, Defendants Transamerica Investment Management, LLC ("TIM"), located at 11111 Santa Monica Boulevard, Los Angeles, California 90025, and Transamerica Asset Management, Inc. ("TAM"), located at 570 Carillon Parkway, St. Petersburg, Florida 33716, by and through their undersigned counsel, will move before the Honorable Faith S. Hochberg, U.S.D.J., for entry of an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Class Action Complaint in this case with prejudice.

PLEASE TAKE FURTHER NOTICE that in support of this motion, TIM and TAM will rely upon the Memorandum and supporting Declaration of Darcy Hatton submitted herewith. A proposed form of Order is also submitted. TIM and TAM request oral argument of this motion.

2

Dated: May 16, 2011

            <u>s/ *Thomas R. Curtin*</u>
            Thomas R. Curtin
            George C. Jones
            GRAHAM CURTIN
            A Professional Association
            4 Headquarters Plaza
            P.O. Box 1991
            Morristown, New Jersey 07962-1991
            Telephone: (973) 292-1700
            Facsimile: (973) 292-1767

            Robert N. Eccles (*Pro Hac Vice* pending)
            Gary S. Tell (*Pro Hac Vice* pending)
            O'MELVENY & MYERS LLP
            1625 Eye Street, NW
            Washington, D.C.  20006-4001
            Telephone: (202) 383-5300
            Facsimile: (202) 383-5414

            *Attorneys for Defendants*
            *Transamerica Life Insurance Company,*
            *Transamerica Investment Management,*
            *LLC, and Transamerica Asset*
            *Management, Inc.*