Thomas R. Curtin
George C. Jones
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700

Robert N. Eccles (*pro hac vice* pending)
Gary S. Tell (*pro hac vice* pending)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
(202) 383-5300

*Attorneys for Defendants*
*Transamerica Life Insurance Company,*
*Transamerica Investment Management, LLC*
*and Transamerica Asset Management, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACLYN SANTOMENNO, KAREN POLEY, and BARBARA POLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRANSAMERICA LIFE INSURANCE COMPANY, TRANSAMERICA INVESTMENT MANAGEMENT, LLC, and TRANSAMERICA ASSET MANAGEMENT, INC., <br><br> Defendants. | Civil Action No. 11-736 (FSH) (PS) <br><br><br> **DEFENDANTS' NOTICE OF MOTION FOR TRANSFER OF VENUE** |

TO: Robert L. Lakind
SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey  08648

Moshe Maimon
LEVY, PHILLIPS & KONIGSBERG, LLP
800 Third Avenue, 11th Floor
New York, New York 10022

*Attorneys for Plaintiffs*

COUNSEL:

PLEASE TAKE NOTICE that on Monday, June 20, 2011, at 9:30 a.m. or as soon thereafter as counsel may be heard, Defendants Transamerica Life Insurance Company, located at 1150 South Olive Street, Los Angeles, California 90015, Transamerica Investment Management, LLC, located at 11111 Santa Monica Boulevard, Los Angeles, California 90025, and Transamerica Asset Management, Inc., located at 570 Carillon Parkway, St. Petersburg, Florida 33716 (collectively, "Defendants"), by and through their undersigned counsel, will move before the Honorable Faith S. Hochberg, U.S.D.J., for entry of an order pursuant to 28 U.S.C. § 1404(a) transferring this matter to the Western Division of the United States District Court for the Central District of California for the convenience of the parties and witnesses and in the interest of justice.  Defendants bring this motion on the following grounds:

2

1. The conduct central to this controversy occurred in Los Angeles, California, not in New Jersey.

2. Defendant Transamerica Life Insurance Company's retirement plan business, and Defendant Transamerica Investment Management, LLC are located in Los Angeles, California.

3. Most, if not all, records and documents pertaining to this matter are stored in Los Angeles.

4. The United States District Court for the Central District of California is a more appropriate venue for trial for the convenience of the likely witnesses, most of whom reside in the Los Angeles area.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendants will rely upon the Memorandum and supporting Declaration of Darcy Hatton submitted herewith. A proposed form of Order is also submitted.

Defendants request oral argument of this motion.

Dated: May 16, 2011

                                         *s/ Thomas R. Curtin*
Thomas R. Curtin
George C. Jones
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
Telephone:   (973) 292-1700
Facsimile:   (973) 292-1767

Robert N. Eccles (*Pro Hac Vice* pending)
Gary S. Tell (*Pro Hac Vice* pending)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C.  20006-4001
Telephone:   (202) 383-5300
Facsimile:   (202) 383-5414

*Attorneys for Defendants*
*Transamerica Life Insurance Company,*
*Transamerica Investment Management,*
*LLC, and Transamerica Asset*
*Management, Inc.*