Thomas R. Curtin
George C. Jones
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700

Robert N. Eccles (*pro hac vice* pending)
Gary S. Tell (*pro hac vice* pending)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
(202) 383-5300

*Attorneys for Defendants*
*Transamerica Life Insurance Company,*
*Transamerica Investment Management, LLC*
*and Transamerica Asset Management, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACLYN SANTOMENNO, KAREN POLEY, and BARBARA POLEY, et al., | Civil Action No. 11-736 (FSH) (PS) |
| Plaintiffs, | |
| v. | |
| TRANSAMERICA LIFE INSURANCE COMPANY, TRANSAMERICA INVESTMENT MANAGEMENT, LLC, and TRANSAMERICA ASSET MANAGEMENT, INC., | **DEFENDANTS' NOTICE OF MOTION TO STAY DISCOVERY** |
| Defendants. | |

1271001_1

TO:   Robert L. Lakind
      SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.
      101 Grovers Mill Road, Suite 200
      Lawrenceville, New Jersey  08648

      Moshe Maimon
      LEVY, PHILLIPS & KONIGSBERG, LLP
      800 Third Avenue, 11th Floor
      New York, New York 10022

      *Attorneys for Plaintiffs*

COUNSEL:

      PLEASE TAKE NOTICE that on Monday, June 20, 2011, at 9:30 a.m. or as

soon thereafter as counsel may be heard, Defendants Transamerica Life Insurance

Company, located at 1150 South Olive Street, Los Angeles, California 90015,

Transamerica Investment Management, LLC, located at 11111 Santa Monica

Boulevard, Los Angeles, California 90025, and Transamerica Asset Management,

Inc., located at 570 Carillon Parkway, St. Petersburg, Florida 33716 (collectively,

"Defendants"), by and through their undersigned counsel, will move before the

Honorable Patty Shwartz, U.S.M.J., for entry of an order staying discovery in this

matter until the Court decides Defendants' pending motions to transfer venue and

to dismiss for failure to state a claim.  Defendants bring their motion to stay

discovery on the following grounds:

1.   Postponing discovery until Defendants' motion to transfer
     venue and motions to dismiss have been decided is fair and
     efficient;

2

2. Staying discovery pending a decision on Defendants' motion to transfer venue promotes judicial economy;

3. Staying discovery pending a decision on Defendants' motions to dismiss is appropriate because Defendants have made a strong showing that Plaintiffs' claims are unmeritorious, Defendants would be unfairly prejudiced if they have to respond to overly burdensome discovery, and Plaintiffs are not unfairly prejudiced.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendants will rely upon the Memorandum and supporting Declaration of Darcy Hatton submitted herewith.  A proposed form of Order is also submitted.

Defendants request oral argument of this motion.

3

Dated: May 16, 2011

<div style="margin-left: 40%;">

*s/ Thomas R. Curtin*
Thomas R. Curtin
George C. Jones
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
Telephone:   (973) 292-1700
Facsimile:   (973) 292-1767

Robert N. Eccles (*Pro Hac Vice* pending)
Gary S. Tell (*Pro Hac Vice* pending)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C.  20006-4001
Telephone:   (202) 383-5300
Facsimile:   (202) 383-5414

*Attorneys for Defendants*
*Transamerica Life Insurance Company,*
*Transamerica Investment Management,*
*LLC, and Transamerica Asset*
*Management, Inc.*

</div>

4