Thomas R. Curtin
George C. Jones
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700

Robert N. Eccles (*pro hac vice*)
Gary S. Tell (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
(202) 383-5300

*Attorneys for Defendants*
*Transamerica Life Insurance Company,*
*Transamerica Investment Management, LLC*
*and Transamerica Asset Management, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACLYN SANTOMENNO, KAREN POLEY, and BARBARA POLEY, et al., | Civil Action No. 11-736 (ES) (PS) |
| Plaintiffs, | |
| v. | |
| TRANSAMERICA LIFE INSURANCE COMPANY, TRANSAMERICA INVESTMENT MANAGEMENT, LLC, and TRANSAMERICA ASSET MANAGEMENT, INC., | **TRANSAMERICA LIFE INSURANCE COMPANY'S NOTICE OF MOTION TO DISMISS CLASS ACTION COMPLAINT** |
| Defendants. | |

TO:   Robert L. Lakind
      SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.
      101 Grovers Mill Road, Suite 200
      Lawrenceville, New Jersey  08648

      Moshe Maimon
      LEVY, PHILLIPS & KONIGSBERG, LLP
      800 Third Avenue, 11th Floor
      New York, New York 10022

      *Attorneys for Plaintiffs*

COUNSEL:

        PLEASE TAKE NOTICE that on Monday, September 19, 2011, at 9:30 a.m.

or as soon thereafter as counsel may be heard, Defendant Transamerica Life

Insurance Company ("TLIC"), located at 1150 South Olive Street, Los Angeles,

California 90015, by and through its undersigned counsel, will move before the

Honorable Esther Salas, U.S.D.J., for entry of an order pursuant to Fed. R. Civ. P.

12(b)(6) dismissing the Class Action Complaint in this case with prejudice.

        PLEASE TAKE FURTHER NOTICE that in support of this motion, TLIC

will rely upon the Memorandum and supporting Declaration of Darcy Hatton

submitted herewith.  A proposed form of Order is also submitted.  TLIC requests

oral argument of this motion.

Dated: July 29, 2011

<div style="margin-left:40%">

_s/ Thomas R. Curtin_

Thomas R. Curtin

George C. Jones

GRAHAM CURTIN

A Professional Association

4 Headquarters Plaza

P.O. Box 1991

Morristown, New Jersey 07962-1991

Telephone:   (973) 292-1700

Facsimile:   (973) 292-1767

Robert N. Eccles (_Pro Hac Vice_)

Gary S. Tell (_Pro Hac Vice_)

O'MELVENY & MYERS LLP

1625 Eye Street, NW

Washington, D.C.  20006-4001

Telephone:   (202) 383-5300

Facsimile:   (202) 383-5414

_Attorneys for Defendants_
_Transamerica Life Insurance Company,_
_Transamerica Investment Management,_
_LLC, and Transamerica Asset_
_Management, Inc._

</div>