## Szaferman Lakind

**Szaferman, Lakind, Blumstein & Blader, P.C.**
Attorneys at Law

101 Grovers Mill Road, Suite 200, Lawrenceville, New Jersey 08648
Tel: 609.275.0400   Fax: 609.275.4511   www.szaferman.com

Arnold C. Lakind
Barry D. Szaferman
Jeffrey P. Blumstein
Steven Blader
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Brian G. Paul+
Craig J. Hubert ++ +++
Michael R. Paglione*
Daniel S. Sweetser*
Robert E. Lytle
Janine G. Bauer****
Daniel J. Graziano, Jr.

Paul T. Koenig, Jr.
Counsel

Bruce M. Sattin***
Robert A. Gladstone
Janine Danks Fox*
Ryan A. Marrone
Of Counsel
Michael F. Chazkel
Of Counsel

Robert P. Panzer
Robert G. Stevens, Jr.**
Michael D. Brottman**
Tracey C. Hinson**
Benjamin T. Branche*****
Lindsey Moskowitz Medvin**
Anthony M. Anastasio*
Mark A. Fisher
Robert L. Lakind***
Thomas J. Manzo**

+Certified by the Supreme Court of
New Jersey as a Matrimonial Attorney
++Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney
+++Certified by the Supreme Court of
New Jersey as a Criminal Trial Attorney
*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars
****NJ, NY, PA & FL Bars
*****NJ, PA, MD & DC Bars

August 22, 2011

**VIA ECF AND REGULAR MAIL**
The Honorable Esther Salas
United States District Court Judge
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re: Santomenno et al. Transamerica Life Ins. Co., et al.
      <u>Civil Action No. 11-736 (ES)(PS)</u>

Dear Judge Salas:

On Friday, August, 19, 2011, Plaintiffs filed their briefs in oppositions to the Defendants' Motions to Dismiss. Also, on August 19, 2011, the Third Circuit Court of Appeals issued its ruling in the case of <u>Renfro v. Unisys Corp.</u>, No. 10-2447, affirming the District Court's decision. Both the District Court and the Court of Appeals in <u>Renfro</u> analyzed the ERISA definition of fiduciary at issue in this matter. The Defendants relied upon the District Court's opinion in this case in their Motions to Dismiss, and Plaintiffs' believe that the Third Circuit's holding and analysis is relevant to both their claims and the defenses put forth by the Defendants. Plaintiffs, had hoped to incorporate the Third Circuit's holdings into their brief. However, given that their brief was also due on August 19, 2011, Plaintiffs realized that they did not have a sufficient amount of time to adequately do so.

In light of the <u>Renfro</u> decision, Plaintiffs would like to revise their brief to address the Third Circuit's opinion and its impact on several of their arguments. We respectfully request leave to refile our Brief in Opposition to the Defendants' Motions to Dismiss until September 1, 2011.

616411.1

Szaferman, Lakind, Blumstein & Blader, P.C.
Attorneys at Law

Hon. Esther Salas, U.S.D.J.
August 22, 2011

Page 2

This will provide us with sufficient time to analyze <u>Renfro</u>, and modify our brief to incorporate the Third Circuit's analysis.

The Defendants have consented to this extension request and have asked in return that the time to file their Reply Briefs be extended through September 19, 2011. Plaintiffs consent to this request.

Accordingly, the Plaintiffs respectfully request the entry of an order allowing Plaintiffs to file a revised Brief in Opposition to the Defendants' Motions to Dismiss to September 1, 2011, and that the time for the Defendants to submit their Reply Briefs be extended through September 19, 2011. We have included a "So Ordered" provision at the end of this letter in the hope that this is acceptable.

Thank you.

Respectfully Submitted,

Robert L. Lakind

cc: Robert Eccles, Esq. (via email)
    Thomas Curtin, Esq, (via ECF and email)


SO ORDERED this_____ day of___ ,2011.

_____
HONORABLE ESTHER SALAS
United States District Judge

616411.1