NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SANTOMENNO, et al.<br><br>  Plaintiffs,<br>v.<br><br>TRANSAMERICA LIFE INSURANCE CO., et al.<br><br>  Defendants. | Civil Action No. 11-0736 (ES)<br><br><br>ORDER |

**SALAS, District Judge**

For the reasons set forth in the Opinion filed herewith,

IT IS on this 30th Day of March 2012,

ORDERED that Transamerica Life Insurance Company, Transamerica Investment Management, LLC, and Transamerica Asset Management's motion for transfer of venue to the Central District of California—(D.E. 33)—is hereby GRANTED; and it is further

ORDERED that, in light of the Court's determination that transfer is proper, the Court will not address the motions to dismiss—(D.E.s 34 and 35); and it is further

ORDERED that the clerk of Court shall terminate D.E.s. 33, 34, and 35.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**